UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Civil No. 3:19-cv-27 |
| | ) | |
| Plaintiff, | ) | COMPLAINT |
| | ) | |
| v. | ) | |
| | ) | |
| **NATHAN LOWE,** | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, United States of America, acting herein by the United States Attorney for the Southern District of Iowa, complains and alleges:

1. That this action is brought by the United States of America, with jurisdiction provided by 28 U.S.C. Section 1345.

2. That the defendant, NATHAN LOWE, is a resident of the State of Iowa within the Court's jurisdiction.

3. That the defendant is indebted to the plaintiff in the principal amount of $25,382.26, plus interest on this principal computed at the rate of 2.68% percent per annum in the amount of $546.06 as of February 21, 2019, and interest continuing thereafter on this principal at the rate of 2.68% percent annum (or $1.86 daily), until the date of judgment. See Exhibit "A" attached hereto and incorporated herein.

4. Demand has been made upon the defendant by the plaintiff for the sum due but the amount due remains unpaid.

Wherefore, the plaintiff prays judgment against the defendant for the total of $35,283.90, inclusive of interest of $546.06 at 2.68% percent per annum on the principal of $25,382.26, which has accrued as of February 21, 2019, and will continue to accrue until date of judgment. Plaintiff further demands, pursuant to 28 U.S.C., Section 1961, that interest on the judgment be at the legal rate until paid in full.

Dated this 19th day of March, 2019.

Respectfully submitted,

Marc Krickbaum
United States Attorney

By:   /s/ Craig Peyton Gaumer
Craig Peyton Gaumer
Assistant United States Attorney
U. S. Courthouse Annex, Suite 286
110 East Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9317
Fax: (515) 473-9292
Email: craig.gaumer@usdoj.gov



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, D.C. 20227

ACTING ON BEHALF OF
U.S. Small Business Administration
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Jo Lowe
Nathan Lowe
18178 Highway 70
Conesville, IA 52739

RE: Treasury Claim TRFM1500118073

I certify that the U.S. Small Business Administration (SBA) records show that the debtor named above is indebted to the United States in the amount stated as follows:

|  |  |
|---|---|
| Principal: | $ 25,382.26 |
| Interest through 02/21/19*: | $ 546.06 |
| DMS fees: | $ 8,297.06 |
| DOJ fees: | $ 1,058.52 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 02/21/19:**      $ 35,283.90

*NOTE: Per the creditor agency profile, the debt continues to accrue interest at the annual rate of 2.68% (or $1.86 daily).

This debt arose in connection with the co-debtor's August 2013 default on a SBA Disaster Loan (#DLH3317366003) in the amount of $37,400.00.

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U.S. Small Business Administration.

X *Natalie R. Stubbs*

Signed by: Natalie R. Stubbs
Natalie Stubbs
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service

Exhibit A